CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 22 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROMANIA PETER CUNNINGHAM, | ) |
| Petitioner, | ) Case No. 7:09CV00423 |
| v. | ) **FINAL ORDER** |
| WARDEN T. O'BRIEN, | ) By: Glen E. Conrad |
| Respondent. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**, and this action is stricken from the active docket of the court.

ENTER: This 22d day of October, 2009.

_____
United States District Judge